UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/18

---

MARIA MENDIZABAL,

                    Plaintiff,

        -v-

DE BEERS DIAMOND JEWELLERS US,
INC.,

                    Defendant.

No. 17-cv-9233 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants informing the Court that the parties have reached a settlement.  (Doc. No. 13.)  Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs.  IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).  However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      February 12, 2018
            New York, New York

            RICHARD J. SULLIVAN
            UNITED STATES DISTRICT JUDGE